UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD<br>1669 Benedict Canyon Drive<br>Beverly Hills, California 90210,<br><br>        PLAINTIFF<br>    vs.<br><br>DEPARTMENT OF DEFENSE,<br>1400 Defense Pentagon<br>Washington, DC 20301-1400,<br><br>        DEFENDANT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge _____<br>Civil Action No. _____ |

## COMPLAINT

## THE PARTIES

1.      Plaintiff Jason Leopold is a citizen of California residing at 1669 Benedict Canyon Drive, Beverly Hills, CA 90210.

2.      Mr. Leopold is an investigative reporter covering a wide-range of issues, including Guantanamo, national security, counterterrorism, civil liberties, human rights, and open government. His reporting has been published in *The Wall Street Journal, The Financial Times*, *Salon*, *CBS Marketwatch*, *The Los Angeles Times*, *The Nation*, *Truthout*, Al Jazeera English and numerous other domestic and international publications. Currently, he is a contributor to Al Jazeera America and is the editor-at-large for *The Public Record*.

3.      Mr. Leopold seeks access to certain public records to write a news report for distribution to the general public.  His connections and relationships with a wide range of domestic and international media organizations will ensure that any story he drafts based on the information contained in these records will be published and reprinted

1

4.      Defendant Department of Defense (DOD) is an agency of the United States.

5.      The Defense Intelligence Agency (DIA) is a component of the DOD.

6.      The DIA has possession, custody and control of the records Plaintiff seeks.


JURISDICTION AND VENUE

7.      This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

8.      This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

9.      Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).


STATEMENT OF FACTS

**BACKGROUND**

10.      On January 9, 2014, *Foreign Policy* reported that the Defense Intelligence Agency prepared a report on the damage caused by leaks by former National Security Agency contractor Edward Snowden. The report, "conducted by the Defense Intelligence Agency in coordination with other intelligence agencies across the government, according to two sources familiar with its findings. A spokesperson for the DIA said Lt. Gen. Michael Flynn, the agency's director, organized a task force 'to assess the potential impact to the Department of Defense from the compromise of this information.' But the spokesman did not say what, if any, conclusions the task force had reached about actual damage caused by documents Snowden took, regardless of whether they've been disclosed or not.

11.      The "Pentagon review" concluded "that the disclosure of classified documents taken by former NSA contractor Edward Snowden could 'gravely impact' America's national

security and risk the lives of U.S. military personnel, and that leaks to journalists have already

revealed sources and methods of intelligence operations to America's adversaries."

12.    The *Foreign Policy* report went on to state that "two lawmakers," Rep. Mike

Rogers, chairman of the House Intelligence Committee, and the committee's ranking member,

Dutch Ruppersberger, read the report and characterized its findings for *Foreign Policy* and other

media. The *Foreign Policy* report states that Mr. Rogers and Mr. Ruppersberger "are working in

coordination with the Obama administration and are trying to counter the narrative that Snowden

is a heroic whistleblower."

13.    The *Foreign Policy* report further stated that a "congressional staffer familiar with

the report's findings said that the lawmakers chose to make some of its contents public in order to

counter what they see as a false impression of Snowden as a principled whistleblower who

disclosed abuses of power."

14.    The *Foreign Policy* report added that the Obama administration approved of the

leak of information from this report to the media in order to undercut the narrative that Edward

Snowden is a heroic whistleblower.

15.    "Snowden has been made out by some people to be a hero. What we need to do is

really look at the effect of his leaks and see that what he's done is really harm our country and

put citizens at risk. The purpose [of releasing some findings] is to clear the record and show that

he's not a hero," the staffer told *Foreign Policy*.

16.    "The staffer said that the administration approved the information that the

lawmakers disclosed in advance. Rogers and Ruppersberger, along with other lawmakers, were

scheduled to meet with President Obama at the White House Thursday afternoon to discuss the

findings of a review panel on NSA surveillance. The administration is expected to announce

plans soon to rein in aspects of NSA's operations."

17.     "Rogers and Ruppersberger said that "much of the information stolen by Snowden is related to current U.S. military operations." Citing press reports that have focused on foreign intelligence gathering by the NSA, they said, "Snowden's disclosures have already tipped off our adversaries to the sources and methods of our defense, and hurt U.S. allies helping us with counter terrorism, cyber crime, human and narcotics trafficking, and the proliferation of weapons of mass destruction." The lawmakers cited no articles or specific documents to support that claim.

18.     A spokesperson for the Director of National Intelligence told *Foreign Policy* Snowden's leaks were "unnecessarily and extremely damaging to the United States and the intelligence community's national security efforts."

19.     "As a result of these disclosures, terrorists and their support networks, now have a better understanding of our collection methods and, make no mistake about it, they are taking countermeasures," said Shawn Turner, the DNI spokesman. "Specifically, we have seen in response to the Snowden leaks al Qaeda and affiliated groups seeking to change their tactics, looking to see what they can learn from what's in the press and seeking to change how they communicate to avoid detection and avoid our surveillance."

20.     Moreover, on January 19, 2014, *The New York Times* reported Rep. Mike Rogers "appeared to hinge many of his suspicions about Mr. Snowden on a recent Defense Intelligence Agency report that he has described in other interviews as concluding that Mr. Snowden stole about 1.7 million intelligence files that concern vital operations of the United States Army, Navy, Marine Corps and Air Force. He said that it would cost billions of dollars to change operations because of the security breaches."

**PLAINTIFF'S FOIA REQUEST**

4

21.     On January 31, 2013, Plaintiff emailed a FOIA request to the DIA seeking a copy of the DIA's report described in *Foreign Policy*, and records mentioning or referring to the report.

22.     Plaintiff has not received any communication from the DIA regarding this request.

## DOJ'S FAILURE TO RESPOND TO
## PLAINTIFF'S REQUEST FOR EXPEDITED PROCESSING

23.     Pursuant to 5 USC § 552(a)(6)(E)(ii), the DIA's response to Plaintiff's request for expedited processing of his FOIA request was due ten days after the DIA received it on January 31, 2013, which would have been February 10, 2013.

24.     As of the filing of this Complaint, Plaintiff has not received a response to his request for expedited processing regarding this FOIA request.

## COUNT I:
## VIOLATION OF FOIA

25.     This Count realleges and incorporates by reference all of the preceding paragraphs.

26.     Each of the documents referred to in this Complaint is incorporated herein by reference.

27.     Defendant has violated FOIA by failing to grant Plaintiff's request for expedited processing within the time limit prescribed by the statute.

28.     Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to comply with Plaintiff's request for expedited processing.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Declare that Plaintiff is entitled to expedited processing of his FOIA request;

(3) Order Defendant to search for and process the requested records without further delay;

(4) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(5) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

   /s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com

*Counsel for Plaintiff*