UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,                )
                              )
        PLAINTIFF             )   Civil Action No. 1:14-cv-197 (ESH)
                              )
    vs.                       )
                              )
DEPARTMENT OF DEFENSE,        )
                              )
                              )
        DEFENDANT             )
                              )
_____)

## AFFIDAVIT OF SERVICE

I, Timothy Pezzoli, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 1712 Eye St., NW, Suite 915, Washington, DC 20006.

3. On February 24, 2014, I hand-delivered a copy of the summons and Complaint in the above-captioned case to Ms. Taja Brooks, an agent designated to receive service of process on behalf of the United States Attorney's Office for the District of Columbia. I personally served Ms. Brooks at approximately 11:52 a.m. on February 24, 2014 at 501 3rd St., NW, 4th Floor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2014.

_____
Timothy Pezzoli [1]

---

[1] An original signed affidavit is in the possession of counsel for Plaintiff.