## _Jason Leopold v. United States Department of Defense,_ No. 14-0197 (D.D.C.) – _Vaughn Index to Accompany the Declaration of Alesia Williams_

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-1**<br><br>39 pages<br><br>1st Release | **DoD Information Review Task Force-2: Initial Assessment** | 12/18/13 | DIA | Top Secret | **Document Description** – A 39-page document presenting the IRTF-2's initial assessment of impact to the DoD from the compromise of classified files by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3):**<br><br>**Exemption: (b)(1):** The document contains information regarding military plans and operations. Release of such information would damage the military activities and abilities of the DoD to successfully conduct military operations. The document also contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community. Further, the document contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Lastly, the document contains information that, if released, would reveal capabilities and/or vulnerabilities of systems relating to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(a), 1.4(c), 1.4(d) and 1.4(g).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA point of contact information. DIA office names/symbols and similar information were withheld, the release of which would reveal DIA's organizational structure. DIA also withheld information that if released, would reveal DIA functions. The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-2**<br><br>3 pages<br><br>2nd<br>Release | **Classified Title** | 11/213/13 | DIA | Top Secret | **Document Description –** A 3-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Further, the document contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-3**<br><br>8 pages<br><br>2nd release | **Classified Title** | 08/29/13 | DIA | Top Secret | **Document Description –** An 8-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5)**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Further, the document contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  The document also contains information regarding scientific or technological matters related to national security, as well as information concerning the development, production, or use of weapons of mass destruction, the release of would cause grave harm to national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c), 1.4(d), 1.4(e), and 1.4(h).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-4**<br><br>18 pages<br><br>2nd release | **Classified Title** | 08/21/13 | DIA | Top Secret | **Document Description –** An 18-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5) :**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Further, the document contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  The document also contains information regarding scientific or technological matters related to national security, as well as information that, if released, would reveal capabilities and/or vulnerabilities of systems relating to the national security.  Lastly, this document contains information concerning the development, production, or use of weapons of mass destruction.  Release of this information would cause grave harm to national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c), 1.4(d), 1.4(e), 1.4(g) and 1.4(h).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-5**<br><br>7 pages<br><br>2nd Release | **Classified Title** | 09/20/13 | DIA | Top Secret | **Document Description –** A 7-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5) :**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-6**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 10/10/13 | DIA | Top Secret | **Document Description** – A 3-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5) :**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-7**<br><br>16 pages<br><br>2nd Release | **Classified Title** | 10/17/13 | DIA | Top Secret | **Document Description –** A 16-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5) :**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  The document also contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Further, the document contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Lastly, the document contains information that, if released, would reveal capabilities and/or vulnerabilities of systems relating to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (b), 1.4(c), 1.4(d) and 1.4(g)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-8**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 09/23/13 | DIA | Top Secret | **Document Description –** A 1-page assessment of the potential impact of the unauthorized disclosure of classified information and a relevant 1-page graphic.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5) :**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Further, the document contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  The document also contains information that, if released, would reveal capabilities and/or vulnerabilities of systems relating to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c), 1.4(d) and 1.4(g)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|----------|---------------|------|--------|-------|---------------------|
| **V-9**<br><br>9 pages<br><br>3rd<br>release | **Classified Title** | 09/06/13 | DIA | Top Secret | **Document Description –** A 9-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5) :**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information that, if released, would reveal capabilities and/or vulnerabilities of systems relating to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(g)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-10**<br><br>13 pages<br><br>3rd Release | **Classified Title** | 09/16/13 | DIA | Top Secret | **Document Description –** A 13-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5),  :**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information as well as to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-11**<br><br>43 pages<br><br>2nd Release | **Classified Title** | 10/28/13 | DIA | Top Secret | **Document Description** – A 43-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Further, the document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  The document also contains information that, if released, would reveal capabilities and/or vulnerabilities of systems relating to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c), 1.4(d), and 1.4(g)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names and office phone numbers, as well as to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This document contains information relating to the identification of personnel working within the Intelligence Community, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-12**<br><br>26 page<br><br>2nd Release | **Classified Title** | 10/09/13 | DIA | Top Secret | **Document Description** – A 26-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This document contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-13**<br><br>13 pages<br><br>2nd Release | **Classified Title** | 12/06/13 | DIA | Top Secret | **Document Description –** A 13-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This document contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-14**<br><br>9 pages<br><br>2nd Release | **Classified Title** | 10/24/13 | DIA | Top Secret | **Document Description –** A 9-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-15**<br><br>24 pages<br><br>2nd Release | **Classified Title** | 12/03/13 | DIA | Top Secret | **Document Description –** A 24-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-16**<br><br>16 pages<br><br>2nd Release | **Classified Title** | 12/06/13 | DIA | Top Secret | **Document Description –** A 16-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-17**<br><br>50 pages<br><br>2nd Release | **Classified Title** | 12/03/13 | DIA | Top Secret | **Document Description –** A 50-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-18**<br><br>25 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Top Secret | **Document Description –** A 25-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4 (b), 1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the information. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-19**<br><br>12 pages<br><br>2nd Release | **Classified Title** | 01/27/14 | DIA | Top Secret | **Document Description –** A 12-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):** The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community. The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure. DIA also withheld information that, if released, would reveal DIA functions. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected. Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):** This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy. The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-20**<br><br>6 pages<br><br>2nd Release | **Classified Title** | 01/27/14 | DIA | Top Secret | **Document Description –** A 6-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), B(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-21**<br><br>27 pages<br><br>2nd Release | **Classified Title** | 12/26/13 | DIA | Top Secret | **Document Description –** A 27-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-22**<br><br>11 pages<br><br>2nd Release | **Classified Title** | 02/18/14 | DIA | Top Secret | **Document Description –** An 11-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-23**<br><br>29 pages<br><br>2nd Release | **Classified Title** | 01/08/14 | DIA | Top Secret | **Document Description** – A 29-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-24**<br><br>10 pages<br><br>2nd Release | **Classified Title** | 01/16/14 | DIA | Top Secret | **Document Description –** A 10-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-25**<br><br>20 pages<br><br>2nd Release | **Classified Title** | 11/06/13 | DIA | Top Secret | **Document Description –** A 10-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-26**<br><br>10 pages<br><br>2nd Release | **Classified Title** | 02/21/14 | DIA | Top Secret | **Document Description** – A 10-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-27**<br><br>40 pages<br><br>2nd Release | **Classified Title** | 11/05/13 | DIA | Top Secret | **Document Description** – A 40-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the information. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-28**<br><br>7 pages<br><br>2nd Release | **Classified Title** | 02/05/14 | DIA | Top Secret | **Document Description** – A 7-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-29**<br><br>10 pages<br><br>2nd Release | **Classified Title** | 12/06/13 | DIA | Top Secret | **Document Description** – A 10-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-30**<br><br>6 pages<br><br>2nd Release | **Classified Title** | 10/22/13 | DIA | Top Secret | **Document Description** – A 6-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-31**<br><br>15 pages<br><br>2nd Release | **Classified Title** | 02/18/14 | DIA | Top Secret | **Document Description** – A 15-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-32**<br><br>8 pages<br><br>2nd Release | **Classified Title** | 10/23/13 | DIA | Top Secret | **Document Description** – An 8-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-33**<br><br>13 pages<br><br>2nd Release | **Classified Title** | 02/18/14 | DIA | Top Secret | **Document Description** – A 13-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-34**<br><br>13 pages<br><br>2nd Release | **Classified Title** | 01/27/14 | DIA | Top Secret | **Document Description** – A 13-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-35**<br><br>13 pages<br><br>2nd Release | **Classified Title** | 02/18/14 | DIA | Top Secret | **Document Description** – A 13-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-36**<br><br>18 pages<br><br>2nd Release | **Classified Title** | 02/18/14 | DIA | Top Secret | **Document Description** – An 18-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-37**<br><br>12 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Top Secret | **Document Description** – A 12-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-38**<br><br>12 pages<br><br>2nd Release | **Classified Title** | 02/21/14 | DIA | Top Secret | **Document Description** – A 12-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share that information. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-39**<br><br>25 pages<br><br>2nd Release | **Classified Title** | 11/21/13 | DIA | Top Secret | **Document Description** – A 25-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-40**<br><br>13 pages<br><br>2nd Release | **Classified Title** | 10/28/13 | DIA | Top Secret | **Document Description** – A 13-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the information. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-41**<br><br>11 pages<br><br>2nd Release | **Classified Title** | 01/27/14 | DIA | Top Secret | **Document Description** – An 11-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-42**<br><br>16 pages<br><br>2nd Release | **Classified Title** | 12/18/13 | DIA | Top Secret | **Document Description** – A 16-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-43**<br><br>20 pages<br><br>2nd Release | **Classified Title** | 02/18/14 | DIA | Top Secret | **Document Description** – A 20-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-44**<br><br>35 pages<br><br>2nd Release | **Classified Title** | 09/30/13 | DIA | Top Secret | **Document Description** – A 35-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-45**<br><br>7 pages<br><br>2nd Release | **Classified Title** | 02/18/14 | DIA | Top Secret | **Document Description** – A 7-page assessment of the potential impact of the unauthorized disclosure of classified information.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5), (b)(6):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA personnel information, such as names, email addresses, and phone numbers, as well as DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share that information. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.  Both statutes were used to withhold sensitive, unclassified reporting that, if released, could damage foreign relations.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden.<br><br>**Exemption (b)(6):**  This documents contains information, the disclosure of which, would constitute a clearly unwarranted invasion of personal privacy.  The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protection from disclosure. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-46**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release– Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-47**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-48**<br><br>4 pages<br><br>2nd Release | **Classified Title** | 11/07/13 | DIA | Secret | **Document Description** – A 4-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-49**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-50**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-51**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 12/23/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|----------|---------------|------|--------|-------|---------------------|
| **V-52**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-53**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 11/05/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-54**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-55**<br><br>5 pages<br><br>2nd Release | **Classified Title** | 12/16/13 | DIA | Secret | **Document Description** – A 5-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-56**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-57**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 12/05/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-58**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence..  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|----------|---------------|------|--------|-------|---------------------|
| **V-59**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 11/20/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-60**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/12/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-61**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence..  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-62**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-63**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-64**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 11/20/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-65**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/12/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-66**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/04/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence..  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-67**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/04/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-68**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-69**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-70**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-71**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-72**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-73**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-74**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/21/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-75**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/05/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-76**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/04/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-77**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 12/13/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence..  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-78**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-79**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-80**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 11/20/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):** The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community. The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure. DIA also withheld information that, if released, would reveal DIA functions. The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-81**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-82**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-83**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-84**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/04/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-85**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-86**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/12/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|----------|---------------|------|--------|-------|---------------------|
| **V-87**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/16/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-88**<br><br>4 pages<br><br>2nd Release | **Classified Title** | 12/12/13 | DIA | Secret | **Document Description** – A 4-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-89**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-90**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-91**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-92**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 12/13/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-93**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 11/15/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-94**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Denied in Full – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-95**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-96**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 12/13/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-97**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/12/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-98**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-99**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/14/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such a phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-100**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-101**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/12/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-102**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/12/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-103**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/12/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-104**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/10/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-105**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 12/13/13 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-106**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/13/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-107**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 11/20/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|----------|---------------|------|--------|-------|---------------------|
| **V-108**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):** The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community. The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure. DIA also withheld information that, if released, would reveal DIA functions. The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence. **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|----------|---------------|------|--------|-------|---------------------|
| **V-109**<br><br>3 pages<br><br>2nd Release | **Classified Title** | 12/13/13 | DIA | Secret | **Document Description** – A 3-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-110**<br><br>6 pages<br><br>2nd Release | **Classified Title** | 11/21/13 | DIA | Secret | **Document Description** – A 6-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-111**<br><br>2 pages<br><br>2nd Release | **Classified Title** | 01/13/14 | DIA | Secret | **Document Description** – A 2-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(c) and 1.4(d)**.<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office information, such as phone numbers, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process. This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |

| Doc. No. | Title/Summary | Date | Agency | Class | Comments/Exemptions |
|---|---|---|---|---|---|
| **V-112**<br><br>7 pages<br><br>2nd Release | **Classified Title** | 04/28/14 | DIA | Secret | **Document Description** – A 7-page assessment of the impact of the unauthorized disclosure of classified information by former NSA contractor, Edward Snowden.<br><br>**Document Partial Release – Exemptions (b)(1), (b)(3), (b)(5):**<br><br>**Exemption: (b)(1):**  The document contains information derived from foreign governments.  Release of such information would call into question the confidentiality of exchanges between the United States and foreign governments and thereby limit the U.S. Government's ability to obtain information from foreign governments that is essential to national security.  Further, the document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  The document also contains information concerning foreign relations and/or foreign activities of the United States Government, the disclosure of which could reasonably be expected to cause exceptionally grave damage to the national security.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 13526, sections **1.4(b), 1.4(c), and 1.4(d).**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold DIA office names/symbols and similar information, the release of which would reveal DIA's organizational structure.  DIA also withheld information that, if released, would reveal DIA functions.  The same statute is also asserted where DIA withheld the countries with which it shared intelligence. Release of these countries could compromise intelligence sharing agreements we have with these governments and may hinder our relations with other nations in which we did not share the intelligence.  **Statute 50 U.S.C. 3024(i)** is asserted in conjunction with **(b)(3)** to sections of the document to protect intelligence code words, sources and methods withheld since their release could potentially disclose the method or program in which the information was collected.<br><br>**Exemption (b)(5):** DIA withheld this document to protect the deliberative process.  This document contains comments and recommendations, and its content speaks to the deliberative process regarding the impact assessment of the unauthorized disclosure of information resulting from documents leaked by Edward Snowden. |